STATE OF MINNESOTA

IN SUPREME COURT

A16-1026



December 15, 2016

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Ronald Resnik, a Minnesota Attorney,
Registration No. 009089X.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action and a supplementary petition alleging that respondent Ronald Resnik has committed professional misconduct warranting public discipline. Resnik in one client matter failed to comply with court orders regarding the handling of client funds, forged or caused someone else to forge the client's endorsement on checks, kept funds for himself without the client's knowledge or consent, stipulated to a settlement without the client's knowledge or consent, and falsely notarized the client's signature in settlement documents and submitted them to the court. *See* Minn. R. Prof. Conduct 1.2(a), 3.3(a), 3.3(a)(1), 3.3(a)(3), 3.4(c), 4.1, 8.4(a), 8.4(c), and 8.4(d).

In addition, in multiple representations, Resnik made false statements to clients, opposing counsel, and the court regarding the work he had performed; failed to provide competent representation; failed to diligently pursue client matters; failed to keep the clients reasonably informed about the status of their cases; failed to return unearned fees; and failed to account for fees. *See* Minn. R. Prof. Conduct 1.1, 1.3, 1.4,

1.4(a)(2), 1.4(a)(3), 1.4(a)(4), 1.5(a), 1.5(a)(4), 1.5(b), 1.15(a), 1.16(d), 3.2, 3.3(a)(1), 4.1, 8.4(c), and 8.4(d).

Furthermore, Resnik failed to cooperate with the Director's investigation. *See* Minn. R. Prof. Conduct 8.1(b); Rule 25, Rules on Lawyers Professional Responsibility (RLPR).

Resnik and the Director have entered into a stipulation for discipline. In it, Resnik withdraws his previously filed answer, unconditionally admits the allegations in the petition and the supplementary petition, and waives his procedural rights under Rule 14, RLPR. The parties jointly recommend that the appropriate discipline is disbarment.

This court has independently reviewed the file and approves the jointly recommended disposition.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.      Respondent Ronald Resnik is disbarred, effective as of the date of this order.

2.      Respondent shall comply with Rule 26, RLPR (requiring notice of disbarment to clients, opposing counsel, and tribunals).

3.      Respondent shall pay $900 in costs and $135 in disbursements pursuant to Rule 24, RLPR.

Dated:  December 15, 2016          BY THE COURT:

David R. Stras
Associate Justice

2